ERIC H. HOLDER, JR.
Attorney General
VANITA GUPTA
Acting Assistant Attorney General
STEVEN H. ROSENBAUM
Chief, Housing and Civil Enforcement Section
ELIZABETH A. SINGER
Director, U.S. Attorneys' Fair Housing Program
Housing and Civil Enforcement Section
Civil Rights Division
U.S. Department of Justice

LAURA E. DUFFY
United States Attorney
DYLAN M. ASTE
Assistant U.S. Attorney
California Bar No. 281341
LESLIE M. GARDNER
Assistant U.S. Attorney
California Bar No. 228693
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7621
Fax: (619) 546-7751
Email: Dylan.Aste@usdoj.gov
Email: Leslie.Gardner2@usdoj.gov

Attorneys for the
United States of America

# IN THE UNITED STATES DISTRICT COURT FOR THE

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HOROY, INC. d/b/a ACROSS TOWN MOVERS, a corporation, and DANIEL E. HOMAN, an individual,<br><br>Defendants. | Case No.: **'15CV0592 LAB MLB**<br><br>**COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

The United States of America, by its undersigned attorneys, alleges as follows:

## NATURE OF ACTION

1.      This action is brought by the United States to enforce the provisions of the Servicemembers Civil Relief Act ("SCRA"), 50 U.S.C. App. §§ 501-597b.

2.      Defendants own and operate a storage facility in San Diego County. Defendants store goods for members of the United States military, including members of the Department of the Navy.  Defendants have improperly enforced storage liens on servicemembers, in violation of the SCRA.

## JURISDICTION AND VENUE

3.      This Court has jurisdiction over this action under 28 U.S.C. §§ 1331 and 1345 and 50 U.S.C. App. § 597(a).

4.      Venue is proper in this district under 28 U.S.C. § 1391(b) because the events giving rise to the United States' claims occurred in this district, and Defendants are located and transact business in this district.

5.      The United States commences this action timely and in accordance with any applicable statutes of limitations.

## PARTIES

6.      Plaintiff United States of America files this complaint on behalf of United States Navy Master Chief Petty Officer Thomas E. Ward and other servicemembers.

7.      The defendants are Horoy, Inc. d/b/a Across Town Movers ("ATM"), a personal storage facility business, and Daniel E. Homan, Horoy, Inc. President and sole owner of Horoy, Inc.

8.      Defendants own and operate a California corporation located within this

district, with a principal place of business at 468 E. Mission Road, San Marcos, California 92069.

9.     At all times relevant in this Complaint, Defendants acted through their employees and agents.  Under agency principles, ATM is liable for the acts alleged herein because such acts were committed by Mr. Homan and other employees or agents of ATM within the scope of their actual and apparent authority and for the benefit of the corporation.

10.     Defendants are jointly and severally liable for all acts alleged herein.

## FACTUAL ALLEGATIONS

11.     ATM is a storage facility that provides a personal, enclosed area for customers to keep their goods.

12.     Defendants contract with the Navy to provide storage for servicemembers when the servicemembers are transferred or deployed.

13.     Master Chief Ward was an active duty member in the Navy for over 30 years.

14.     In or around October 2006, the Navy transferred Master Chief Ward to Yokosuka, Japan.

15.     On or about October 25, 2006, Master Chief Ward's personal property was shipped to Defendants for storage pursuant to an agreement between Fleet and Industrial Supply Center ("FISC") and Defendants.

16.     The Navy extended Master Chief Ward's tour of duty in Japan beyond his originally scheduled return date of December 31, 2009.

17.     On or about December 29, 2009, FISC notified Defendants that Master Chief Ward's storage account would be converted from a government account to

Master Chief Ward as an individual.

18.   On or about December 30, 2009, FISC notified Defendants that it should convert Master Chief Ward's account back to the government's expense.  Defendants wrote on this notice that it had extended the account.

19.   Defendants continued to send invoices charging Master Chief Ward's storage expenses to the government through roughly December 2012.

20.   Despite receiving regular payments from the United States, on June 1, 2011, Defendants sold Master Chief Ward's personal property in lot No. 21002 at auction without obtaining a court order.

21.   FISC learned that Defendants had auctioned Master Chief Ward's property when it contacted Defendants in or around January 2013 regarding Master Chief Ward's property storage agreement.

22.   Defendants' conduct described above constitutes the enforcement of a storage lien on the property or effects of a servicemember during a period of military service of the servicemember without a court order, in violation of 50 U.S.C. App. § 537.

23.   Master Chief Ward has been injured by, and has suffered damages as a result of Defendants' illegal conduct.

24.   Defendants had a practice of not checking customers' military status before auctioning off their goods.  Defendants have enforced storage liens on the storage lots of ten other servicemembers without court orders since June 1, 2011. Such aggrieved persons have suffered damages as a result of Defendants' conduct.

25.   Defendants' conduct was intentional, willful, and taken in disregard for the rights of Master Chief Ward and other servicemembers.

///

## SERVICEMEMBER CIVIL RELIEF ACT VIOLATIONS

26.     The United States realleges and incorporates by reference each allegation in the preceding paragraphs as if fully set forth herein.

27.     Defendants engaged in a pattern or practice of violating Section 537 of the SCRA, 50 U.S.C. App. § 537, or engaged in violations of Section 537 of the SCRA, 50 U.S.C. App. § 537 that raise an issue of significant public importance when they enforced storage liens on the property or effects of Master Chief Ward and other servicemembers during a period of military service without a court order, in violation of 50 U.S.C. App. § 537.

## PRAYER FOR RELIEF

WHEREFORE, the United States prays for judgment against Defendants, jointly and severally, as follows:

1.     Declare that Defendants' conduct violated the SCRA;

2.     Enjoin Defendants, their agents, employees, and successors, and all other persons in active concert or participation with Defendants, from:

a. enforcing a storage lien on any servicemember's property or effects during a period of military service or for 90 days thereafter without a court order in violation of 50 U.S.C. App. § 537;

b. failing or refusing to take such affirmative steps as may be necessary to restore, as nearly as practicable, Master Chief Ward and each other identifiable victim of Defendants' illegal conduct to the position they would have been in but for Defendants' illegal conduct;

3.     Award appropriate monetary damages to Master Chief Ward and each identifiable victim of Defendants' violation of the SCRA; and

1     4.     Assess civil penalties against Defendants in order to vindicate the public

2 interest pursuant to 50 U.S.C. App. § 597(b)(3).

3     The United States further prays for such additional relief as the interests of

4 justice may require.

5 DATED:     March 16, 2015                    Respectfully submitted,

6                                              ERIC H. HOLDER, JR.
7                                              Attorney General

8
9 LAURA E. DUFFY                               VANITA GUPTA
  United States Attorney                       Acting Assistant Attorney General
10 Southern District of California             Civil Rights Division

11 s/ *Dylan M. Aste*                          STEVEN H. ROSENBAUM
   DYLAN M. ASTE                               Chief
12 LESLIE M. GARDNER                           Housing and Civil Enforcement Section
13 Assistant United States Attorneys           Civil Rights Division
   United States Attorneys' Office
14 Southern District of California             ELIZABETH A. SINGER
15 880 Front Street, Room 6293                 Director, U.S. Attorneys' Fair Housing
   San Diego, CA 92101                         Program
16 Tel: (619) 546-7621/7603                    Housing and Civil Enforcement Section
17 Fax: (619) 546-7751                         Civil Rights Division
   Email: Dylan.Aste@usdoj.gov
18 Email: Leslie.Gardner2@usdoj.gov
19 Attorneys for United States of America

20

21

22

23

24

25

26

27

28